UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE- DIVISION

MAIZETTA PIERRE,

    Plaintiff,

v.                                CASE NO.: 0:12-CV-61099-KMW

VERIZON WIRELESS PERSONAL COMMUNICATIONS, L.P. d/b/a VERIZON WIRELESS, VALENTINE AND KEBARTAS, INC., AND UNITED COLLECTION BUREAU, INC.,

    Defendants.
_____/

## UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, MAIZETTA PIERRE, by and through her undersigned counsel, hereby moves this Court for entry of an Order of Dismissal with Prejudice and advises the court that the parties have reached an amicable settlement on the terms contained within that Settlement Agreement dated March 22, 2013, and in support thereof:

1. The parties entered into a Settlement Agreement on March 22, 2013.

2. The case shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

3. The Court shall retain jurisdiction for purposes of enforcing the terms of the Settlement Agreement.

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following CM/ECF

participants:  Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Isreal, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL  33618; and Robert J. Alwine, Esq., Manos, Alwine, & Kubiliun, P.L., Brickell Bay Office Tower 1001 Brickell Bay Drive, Suite 1200, Miami, FL  33131.

I further Certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  **None.**

Respectfully submitted,

s/ William Peerce Howard
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Amanda J. Allen, Esq.
Florida Bar No.: 098228
Attorney for Plaintiff
Morgan & Morgan,  P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
WHoward@ForThePeople.com
AAllen@ForThePeople.com