UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61099–CV–WILLIAMS

MAIZETTA PIERRE,

    Plaintiff,

vs.

VERIZON WIRELESS SERVICES, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss with Prejudice (DE 52). Upon review of the record and the motion, which is unopposed, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to **CLOSE** this case for administrative purposes. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of April, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE